# EXHIBIT A

DOCS_LA:343106.1 05233/004

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC, et al.,<br>　　　　　　Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Art Van Furniture, LLC, et al.,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>NEW ENGEN, INC.,<br><br>　　　　　　Defendant. | Adv. Proc. No. 22-50205 (CSS) |

**ORDER APPROVING STIPULATION FOR EXTENSION
OF TIME FOR THE DEFENDANT TO ANSWER THE COMPLAINT**

Upon consideration of the *Stipulation for Extension of Time for the Defendant to Answer the Complaint* (the "Stipulation") filed by the Chapter 7 Trustee and the Defendant; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit 1**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

1. The Stipulation, attached hereto as **Exhibit 1**, is approved in its entirety.

2. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

DOCS_LA:343106.1 05233/004

**EXHIBIT 1 TO ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC, et al.,<br>                Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Art Van Furniture, LLC, et al.,<br>                Plaintiff,<br><br>vs.<br><br>NEW ENGEN, INC.,<br>                Defendant. | Adv. Proc. No. 22-50205 (CSS) |

**STIPULATION FOR EXTENSION**
**OF TIME FOR THE DEFENDANT TO ANSWER THE COMPLAINT**

Plaintiff, Alfred T. Giuliano in his capacity as chapter 7 trustee of Art Van Furniture, LLC, *et al.*, (the "**Plaintiff**"), for the estates of the above-captioned debtors (the "**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel and defendant New Engen, Inc. (the "**Defendant**," and together with Plaintiff, the "**Parties**"), enter into this *Stipulation for Extension of Time for Defendant to Answer the Complaint* (the "**Stipulation**") and hereby stipulate and agree as follows:

      1.      The Parties agree and stipulate that the time within which the Defendant may answer the *Complaint* [D.I. 1] in the above-captioned adversary proceeding is hereby extended to and including May 2, 2022.

6

2. Except as specifically set forth herein, the Parties reserve all of their respective rights in this matter.

| | |
|---|---|
| Dated: April 1, 2022 | Dated: April 1, 2022 |
| PACHULSKI STANG ZIEHL & JONES LLP | COOLEY LLP |
| */s/ Peter J. Keane* | */s/ Evan M. Lazerowitz* |
| Bradford J. Sandler (DE Bar No. 4142)<br>Andrew W. Caine (CA Bar No. 110345)<br>Jeffrey P. Nolan (CA Bar No. 158923)<br>Peter J. Keane (DE Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: bsandler@pszjlaw.com<br>　　　acaine@pszjlaw.com<br>　　　jnolan@pszjlaw.com<br>　　　pkeane@pszjlaw.com<br><br>*Counsel to Plaintiff Alfred T. Giuliano,*<br>*Chapter 7 Trustee for the Estates of Art Van*<br>*Furniture, LLC, et al.* | Evan M. Lazerowitz (NJ Bar No. 063232013)<br>Cullen D. Speckhart (VA Bar No. 79096)<br>55 Hudson Yards<br>New York, NY 10001-2157<br>Telephone: 212-479-6113<br>Email: elazerowitz@cooley.com<br>　　　cspeckhart@cooley.com<br><br>*Counsel to Defendant* |

7